**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Gilbert GAYTAN, Defendant–Appellant.**

**No. 03–41166.
Conference Calendar**

United States Court of Appeals, Fifth Circuit.

April 21, 2004.

James Lee Turner, Assistant US Attorney, US Attorney's Office, Houston, TX, for Plaintiff–Appellee.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Rosemary Conrad–Sandoval, Roerig, Oliveira & Fisher, McAllen, TX, for Defendant–Appellant.

Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM.*

Gilbert Gaytan appeals his guilty-plea conviction and sentence for importation of cocaine, a violation of 21 U.S.C. §§ 952(a) and 960. The district court sentenced Gaytan to 120 months in prison, the statutory mandatory minimum term, and five years of supervised release.

Gaytan contends that the district court abused its discretion in denying his second motion for a continuance of his sentencing hearing. Except for summarily asserting that he needed more time to "allow [him] an opportunity to mitigate his sentence," Gaytan has cited no legal or factual basis upon which a departure or reduction below the mandatory minimum might have been warranted. Because he has not established prejudice, he has not demonstrated that the district court erred in denying him a continuance. *See United States v. Peden,* 891 F.2d 514, 518 (5th Cir.1989).

The conviction and sentence are AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.